UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL TOIKACH,

            Plaintiff,

    - against -

CHRISTIAN DIOR, INC., ET AL.,

            Defendants.

25-cv-6058 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **December 2, 2025**. If service is not made by December 2, 2025, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           November 3, 2025

                                      John G. Koeltl
                                  United States District Judge