UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------

MICHAEL TOIKACH,

            Plaintiff,

    - against -

CHRISTIAN DIOR, INC., ET AL.,

            Defendants.
---------------------------------------

25-cv-6058 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On August 29, 2025, plaintiffs in other actions moved before the Judicial Panel on Multidistrict Litigation (the "JPML") to consolidate and transfer several lawsuits, including the above-captioned action, to the United States District Court for the Northern District of California. See In re Salesforce, Inc. Customer Data Sec. Breach, Litig., MDL No. 3164 (J.P.M.L.), ECF No. 1. That motion is currently pending before the JPML, which is scheduled to hear argument on December 4, 2025. See In re Salesforce, ECF No. 121.

    In the MDL context, "[c]ourts in this Circuit consider five factors in deciding whether a stay is appropriate: (1) the private interests of the plaintiffs in proceeding expeditiously with the civil litigation as balanced against the prejudice to the plaintiffs if delayed; (2) the private interests of and burden on the defendants; (3) the interests of the courts; (4) the interests of persons not parties to the civil

litigation; and (5) the public interest." <u>Ritchie Cap. Mgmt., LLC v. Gen. Elec. Cap. Corp.</u>, 87 F. Supp. 3d 463, 471 (S.D.N.Y. 2015) (quotation omitted). "It is common for courts to stay an action pending a transfer decision by the JPML." <u>Id.</u>

All five factors weigh in favor of a stay, particularly because "the hearing for consolidation will be 'relatively soon' and 'a short stay will not prejudice'" any of the parties. <u>McCrary v. Merrill Lynch, Pierce, Fenner & Smith Inc.</u>, 2024 WL 5315308, at *1 (S.D.N.Y. Dec. 16, 2024) (quoting <u>Gallagher v. Boehringer Ingelheim Pharms., Inc.</u>, No. 22-cv-10216, 2023 WL 402191, at *9 (S.D.N.Y. Jan. 25, 2023)). In light of the foregoing, the Court hereby stays proceedings in this action pending resolution of the motion to consolidate before the JPML.

**SO ORDERED.**

Dated:   New York, New York
         November 13, 2025

　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
                                 John G. Koeltl
                           United States District Judge